# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2010 MAR 15  P 2: 36

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| JAY PATRICK MELLEN,<br>    Plaintiff<br>Vs.<br>DEMOULAS SUPER MARKETS, INC.,<br>MARKET BASKET,<br>VALLEY PROPERTIES, INC.,<br>AUTHOR T. DEMOULAS,<br>KEVIN DOE, MANAGER DOE,<br>    Defendant's | Case No.<br><br>**10 CA 10439 DPW** |

March 15, 2010

## COMPLAINT

PLAINTIFF

1. Jay Patrick Mellen, Suffolk County, One Seaport Blvd. Po. Box 51700, Boston Massachusetts 02205. Jay's mailing address is Po Box 51700 Boston Ma. 02205. All mail is to be mailed to only that address.

DEFENDANT'S

2. Demoulas Super Markets, Inc., Middlesex County, 875 East Street, Tewksbury Massachusetts 01876 is the Principal Office. Is a Domestic Profit Corporation Identification Number 042323411 and is the Parent Company of many subsidiaries like Market Basket which is a chain of grocery stores in Massachusetts and in New Hampshire. President of Company is Author T. Demoulas. Date of Organization in Massachusetts 12/28/1981.

3. Market Basket, Middlesex County, 10 Main Street, Tewksbury Massachusetts 01876 is the store location. Which is a Subsidiary of Demoulas Super Markets, Inc..

4. Valley Properties, Inc., Middlesex County, 875 East Street, Tewksbury Massachusetts 01876 is a Domestic Profit Corporation Identification Number 042536919 and is practically owned by same owners of Demoulas Super Market, Inc.. Author T. Demoulas is president and stock holder. Date of Organization in Massachusetts 04/01/1974.

5. Author T. Demoulas, Lives or Works is at Middlesex County, 875 East Street, Tewksbury Massachusetts 01876 is the President of Demoulas Super Markets, Inc. and Valley Properties, Inc..

6. Kevin Doe, At this point do not have Kevin last name. Kevin was employee of Market Basket at Stadium Plaza 10 Main Street, Tewksbury Massachusetts 01876. On the Date of March 17, 2007.

7. Manager Doe, at this point I do not have his name. Is top manager in charge of Market Basket at Stadium Plaza 10 Main Street, Tewksbury Massachusetts 01876. On the Date of March 17, 2007.

**JURISDICTION**

8a. M.G.L.A. 93A § 9. Civil Action and Remedies:

8b. M.G.L.A. 265 § 37. Violation of Constitutional Rights Remedies

8c. M.G.L.A. 274 § 2. Aiders; Accessory Before Fact; Punishment

8d. M.G.L.A. 274 § 4. Accessory After Fact; Punishment;

8e. M.G.L.A. 274 § 7. Conspiracy; Penalties

8f. M.G.L.A. 12 § 11I. Violation of Constitutional Rights; Civil Action by Aggrieved Person;

8g. United States Code Constitution Amendment 14

8h. 42 United States Code §1985. Conspiracy to Interfere with Civil Rights
(3) Deprive Person of Rights or Privileges

**INTRODUCTION**

9. In month of March 2007, Jay Patrick Mellen became a regular customer at Market Basket grocery store in Tewksbury Ma. Owned by parent company Demoulas Super Market, Inc. and property owned by Valley Properties Inc.. Wit in a short period of time two companies partially owned and operated by Author T. Demoulas. Conspired and used their employees and tools of the companies to put poison in food Jay Patrick Mellen purchased from Market Basket on March 17, 2007. Which severely poisoned and almost took Jay Patrick Mellen life.

**STATEMENT OF FACTS**

10. Jay Patrick Mellen started becoming a regular customer of Demoulas Super Markets, Inc. subsidiary Market Basket at Stadium Plaza 10 Main Street Tewksbury Massachusetts in beginning of March 2007. Jay would go to store to purchase food at different times. In the evening Jay would go to purchase food for his dinner. On this one occasion Jay was in front of section called Food Court. It was a place Market Basket sold prepared food like sandwiches, Salads etc. Jay noticed a employee working behind counter at this section of Market Basket was a person Jay new from Lowell area. His first name is Kevin and at this point Jay does not have his last name.

11. From this point on after Kevin Doe was aware Jay Patrick Mellen was buying food. Employee's from Demoulas Super Markets, Inc. subsidiary Market Basket was aware Jay Patrick Mellen was coming to their store and property which is owned by Valley Properties, Inc. another corporation owned by Author T. Demoulas. These companies and their employees conspired with deceptive practice to intentionally poison food Jay Patrick Mellen purchased from Market Basket. The poison used by Market Basket employees was a deceptive act to murder Jay Patrick Mellen. The poisoning of Jay's food came from the same area Kevin Doe worked at Market Basket the Food Court. We can be sure that Kevin Doe if not the one inserting the poison in Jay Patrick Mellen food. Kevin Doe was clearly involved with the deceptive practice going on at Market Basket at Stadium Plaza.

12. Jay is a person that would basically purchase the same type of food every day or evening when shopping. What Jay was purchasing at this time in the evening for dinner was a salad. Just like Jay has been purchasing for month all the way back to another store of Market Basket in Woburn Ma. in January and February of 2007. On this evening of March 17, 2007 Jay purchased a salad and salad dressing for the salad and other items.

13. To look at how employees of the Corporations managed to poison Jay's food you look at the tool's of the companies and the employees. We will start with Valley Properties, Inc. that owns the whole complex which is named Stadium Plaza located on Rt. 38 known as Roger Street in Lowell. The property is located in two communities of the Commonwealth of Massachusetts the Town of Tewksbury and City of Lowell. Market Basket owns the establishment that would sell the food. Both these company have a duty to the public. Valley properties Inc. being in the business of renting commercial space to the public. Valley Properties Inc. surely has a duty to not be involved with conspiring to poison customers attending the establishment they rent Commercial space to. Demoulas Super Markets, Inc. has a more heighten duty because they sell food that people but in their body. So the risk of injuring a person is

clearly a issue. Demoulas Super Markets, Inc. and subsidiaries should be aware of and concerned of actions of employees. Demoulas Super Markets, Inc. and subsidiaries surely has a duty to not be involved with conspiring to poison customers purchasing food out of their large chain of grocery stores.

14. So on this evening of March 17, 2007 as Jay walked onto Valley Properties Inc. property at Stadium Plaza. Employee's of Valley Properties, Inc. were aware Jay Patrick Mellen was walking towards Market Basket and conspired with employee of Market Basket to commit the serious intentional vicious deceptive act of poisoning another human being food. So as Jay walk to Market Basket his life was in jeopardy. When Jay arrived he enter the establishment of Market Basket unaware their employee's had food prepared with poison. Jay did what he regularly would do buy a salad and salad dressing and other items. Jay then went to cashier and paid cash for food. Jay received a receipt and left Market Basket establishment. Jay then walked off property of Valley Properties, Inc.. As employee's of Demoulas Super Markets, Inc. subsidiary Market Basket and Valley Properties, Inc. gleamed with joy knowing their deceptive practice, planning and conspiring accomplished everything they wanted. To poison, injure, and attempt to murder a citizen of America once Jay Patrick Mellen ate the food Market Basket employee poisoned that was now in Jay's possession.

15. Jay went home eat salad and dressing and other items and with in short period of time poison in food took effect. Jay at this point cannot give you exact name of poison used in food. Because poison is a well premeditated crime and very hard to prove once you have eaten the poison. But of course these human being involved with the poison will know the type of poison used. As Jay laid in his bed after eating Jay's entire body from shoulders down to waist became one injury. That was very severe and torturous. Jay laid and suffered in pain for hours and then it became a serious concerned to Jay. That not only was Jay poisoned by the food he purchased at Market Basket. The plan employee's of Demoulas Super Market Inc. subsidiary

4

Market Basket and Valley Properties Inc. were planning was to murder Jay Patrick Mellen.

16. The reason Jay states that is because as poison took control of Jay's body it only got worse. As Jay's body was suffering the poison took control of Jay's heart and the blood that flows through Jay's heart. Which point at how well this criminal act of poisoning Jay was planned. How serious the poison was used by the employee's of Market Basket. At this point of the night Jay realized he might not live through this criminal act. Because the poison was causing Jay's blood to lump up clot up however you would word it. Jay's heart to not have the ability to pump blood through Jay's veins. There was nothing Jay could do. Jay wrapped himself up in wool sweaters and blankets and laid there suffering through the night. The poison was so active all night long it causes a serious active poisoning effect through Jay's whole body. From shoulders to waist and through the whole back. Jay's heart was the worst area taking the serious injury.

17. In the morning the severe poisoning that targeted Jay's heart came to less a hazard of causing Jay's loss of life. But Jay's whole body still was severely suffering and Jay basically could not do a thing but lay and endure injury and torture effect poison caused. Through the next three days Jay did nothing but once or twice get up and go get something to eat and go right back to bed and lay wrapped up in wool sweaters and blankets. Facts of condition and effects of poisoning basically almost caused Jay's body to freeze to death. Jay's blood was lumping up and heart was not functioning properly in middle of night. When the poison from food effected Jay the worst like spoken up above.

18. Illegal acts like this when two major corporations Demoulas Super Markets, Inc. and Valley Properties, Inc. are planning and conspiring to murder a person by using tools and employees of their establishment. You can be sure that many employees were involved all the way up to management and executive levels of both corporations. Author T. Demoulas is the main owner of both corporations being the president and this is a private corporation. Author T.

Demoulas owns stock in both corporations. Author T. Demoulas. under both those categories would have a duty to supervise his corporations and not act with gross negligence. Manager Doe is the main person in charge of Market Basket at Stadium Plaza. Manager Doe has a duty to supervise the Market Basket store were Jay was maliciously poisoned. Manager Doe acted with gross negligence. Kevin Doe being a employee of Market Basket should clearly not be targeting customers he knows. That purchased food from Market Basket and by coercion with other employees to injure and murder Jay Patrick Mellen. Conspiring all the way up to management and executive levels of not just Market Basket but Demoulas Super Markets, Inc. and Valley Properties Inc..

19. Valley Properties Inc. has a duty to run a professional business renting commercial space to the public. Valley Properties as a corporation acted in outrageous gross negligence when their employees by coercion and deceptive practice and illegal conduct conspired with Market Basket employees to injure and murder Jay Patrick Mellen. Market Basket has a duty and even more heightened duty selling food to the public. Market Basket as a business acted in outrageous gross negligence when their employees by coercion and deceptive practice and illegal conduct conspired with Valley Properties, Inc. employees to injure and murder Jay Patrick Mellen. Demoulas Super Markets, Inc. has a duty and even more heighten duty selling food to the public. Demoulas Super Markets, Inc. as a corporation acted in outrageous gross negligence when their subsidiaries Market Basket employees by coercion and deceptive practice and illegal conduct conspired with Valley Properties Inc. employees to injure and murder Jay Patrick Mellen.

20. These acts of poisoning are very serious to the public and Jay Patrick Mellen. Poisoners use poison for one reason to commit a serious crime and not be detected. When it come to the level employees of Author Demoulas's two corporations took the poisoning to. Was level of murder. Market Basket employee's by this act of poisoning are trying to take a American life. Than have the records of dead citizen not say he was murdered. Compare, When a person is

6

murdered by a gunshot wound. Truth cannot be twisted and you know he died by a murderer. Murderers that use poison do it so that there will be no evidence that the person was murdered. His or her Death Certificate will say that the person died of a natural cause, "Not Murder".

21. These acts of Author Demoulas's corporations have violated Jay's rights to Life, Liberty and Pursuit of Happiness. The parties have acted with deceptive practice and by coercion to threaten and intimidate Jay Patrick Mellen. Author Demoulas corporations basically has caused the same for the public.

22. There is a fact about murder specially when it involves big corporations and poison. These corporation have large amount of resources to defend them self. Plus just like issues present in our country. Jay speak about banks of Wall Street paying president and executive level employees large amount of money. At same time straight out lying about the condition of the corporation they have a duty to run correctly. There are facts coming out pointing to Author Demoulas and corporations will act in the same manner.

23. Another fact about when a citizen is murdered. They do not have a voice. So even if the truth were to come out. Like say the authority of our government. Were able to detect Jay Patrick Mellen died from poisoning. Jay could not stand and hold the actors involved responsible in a Civil Court. That would be handed down to Jay's children to hold the actors involved responsible in a Civil Court. That would be no different than Jay holding the big corporation responsible. Author Demoulas's corporations would act in the same deceptive way and even would commit more criminal active towards Jay's children.

24. There are events attached to these employee's involved with poisoning Jay Patrick Mellen. That say the employee's could be connected and involved with other poisoners Jay knew. People Jay was force to take to a Civil Court for their acts of poisoning. There are two facts to look at, (1) Civil Case against these people was in Court as a open case in March 17, 2007. (2) When you look at Kevin Doe just like these other people in Civil Court during March 17, 2007.

Were taken to Civil Court for same subject "Poisoning". Level of poisoning from these other people was intentional and malicious. Injuries were severe and injured Jay Patrick Mellen's unborn baby girl. But the fact to look at, The actors were people Jay knew. Just like Kevin Doe is a person Jay Patrick Mellen knows. There has been a pattern of people Jay Patrick Mellen knew becoming involved with acts of poisoning and other acts of hatred towards Jay and his family. That points directly at same people involved in Civil Case Jay filed that was open on March 17, 2007.

25. Even with the fact we could possible think Author Demoulas was not aware of the criminal activity going on in his corporations. When you have not one corporation but two corporations involved with criminal activity. The gross negligence only become more obvious and basically could be considered intentional outrageous gross negligent conduct,. The same fact point directly at Manager Doe. That should be very aware the business they are in is food that people will eat and put in their body. So Manager Doe should clearly be aware any act of poisoning is a serious issue to the public and Manager Doe has a duty to protect the public. Manager Doe after events continued on past March 17, 2010 could be considered intentional gross negligent conduct. Author T. Demoulas and Manager Doe both have factual issues happening after the fact. Which means after March 17, 2007. We can be sure since this criminal activity goes way into Author Demoulas's corporations and Jay survived the attempt to murder Jay Patrick Mellen. Author Demoulas would be informed by employee's of Demoulas Super Markets, Inc. and Valley Properties Inc. that there could be a Civil Case about the poisoning brought by Jay Patrick Mellen. Just like the Civil Case that Jay had active on during March 17, 2007 which appears to be connected to Author Demoulas's corporations.

26. Kevin Doe being the main character to start the chain of events that severely injured Jay Patrick Mellen and almost took Jay's life. Would be fired or forced to resign from Market Basket after the planned act to murder Jay Patrick Mellen did not go as planned, Jay did not

8

die. But what you should not forget since these acts go way up into corporate management and executive levels. If Jay Patrick Mellen was murdered. Kevin Doe would have been rewarded not fired. Kevin Doe would be handed a management job at one of Demoulas Super Markets, Inc. subsidiaries. Then the public would be at risk to be poisoned and murdered by same activity.

27. Valley Properties Inc. as a corporation has clearly acted with illegal conduct and intentional gross negligent conduct. Concerning the involvement of their employees attempting to murder Jay Patrick Mellen and severely injuring Jay. Since we see continued on deceptive practice from Market Basket we can be sure Valley Properties Inc. are still cable of acting in bad faith. Which would point that Valley Properties Inc. as a corporation acted with intentional outrageous gross negligent conduct. Demoulas Super Markets as a corporation acted with intentional gross negligent conduct. Having their subsidiary Market Basket at Stadium Plaza conspiring to murder Jay Patrick Mellen and severely injuring Jay. Since after March 17, 2007 there has still been many act of deceptive practice from Market Basket. Which show Demoulas Super Markets, Inc. has not taken step to correct the problems plaguing their subsidiaries. Demoulas Super Markets, Inc. has acted with intentional outrageous gross negligent conduct. Market Basket as a business at Stadium Plaza there is no doubt has acted with illegal conduct and gross negligent conduct and continued to act with intentional outrageous gross negligent conduct after March 17, 2007.

28. Issues after the facts that Jay speaks about are these, Demoulas Super Markets, Inc. being a large corporation with many subsidiary stores in Lowell area and even in New Hampshire. Jay still patronized Market Basket stores and bought food after March 17, 2007. Jay was very concerned and limited to what food he would buy. Jay bought more food from Market Basket at Stadium Plaza after March 17, 2007. Jay being very careful on what to buy. But those events of purchasing food from Market Basket did not last very long. Employee's of Market Basket at Stadium Plaza still became very suspicious. Jay would observe employee's coming by Jay in

store making statement like they knew who Jay Patrick Mellen was. Cashier when Jay purchased food acted very suspicious. To a level it appeared cashier would switch food Jay purchased as cashier bagged Jay's food under counter. Jay finally said to himself he would not buy food at Market Basket at Stadium Plaza again.

29. Jay then would take extra time and walk across City of Lowell and buy food at different Market Basket in downtown area of Lowell. But once again we have events that causes suspicion on Market Basket employee's activity. These are the reasons why the employee's activity was suspicious. It just so happen within a few month after Jay being poisoned on March 17, 2007. Jay received a gift from a person. The gift was a gift check from Market Basket that Jay could use to purchase food or any item at Market Basket stores. Jay received 3 gift check that Jay believe were for 40 dollars and some checks possible less. Since Jay was still buying food from Market Basket the first gift check Jay used was at Market Basket on Woods Street in Lowell Ma. Jay does not buy large amount of groceries. Jay basically shops for the meal Jay is eating at the time Jay is shopping. Jay buys about 7 to 10 dollars worth of food. Jay goes to cashier and hands cashier a gift check for the payment of the food. Clerk process gift check through cash register and gives Jay change in cash and Jay leave Market Basket store on Wood Street.

30. But know on events concerning Jay's other gift checks. Jay went to Market Basket Downtown Lowell and went through same process. Jay picked out food he was purchasing went to cash register. Clerk rings up items and when Jay hands clerk gift check. Clerk acts suspicious and acted like she knew who Jay Patrick Mellen was. Clerk seemed prepared on what to say when handed gift check from Jay Patrick Mellen. Clerk said, "I cannot give you cash for the change. You have to go to the courtesy booth and get a check. Get a check for the change". Market Basket employee's knew Jay Mellen was coming to their cash register with gift check. Just like employee's were aware Jay was on his way to Market Basket at Stadium Plaza on

10

March 17, 2007 and poison was put in food to poison Jay Patrick Mellen.

31. Even after March 17, 2007 Demoulas Super Markets, Inc. subsidiaries Market Basket is acting with deceptive practice. Same with Manager Doe from Market Basket at Stadium Plaza acting with deceptive practice. Deceptive activity that caused Jay to never go back to Market Basket at Stadium Plaza. Author Demoulas after March 17, 2007 was aware of criminal activity in corporations. Some employee's involved were fired or forced to resign. Some employee's involved were allowed to kept their job. Those people are not just the employee's that but the poison in Jay's food. But the many employees involved with the deceptive practice and coercion that caused the poisoning. Employees all the way to management and executive level of the two corporations.

32. The gift checks Jay received were all used and Jay would still purchased food in stores in Lowell other then Market Basket at Stadium Plaza. Jay also would purchase food at Market Basket in Burlington Massachusetts. Events at Burlington store once again showed a continuance of deceptive practice. By employee's of Market Basket and outside parties. The events went like this, Jay once again receives another gift from a person. Gift was another three gift checks from Market Basket. The activity around second set of three gift check caused Jay to photo copy a gift check before using all gift checks. So Jay would have a record of the gift checks. First suspicious active came directly from person that gave Jay second set of gift checks. This being the second time Jay is given a Market Basket gift check with in a year's time after March 17, 2007. Plus the expression of person face that gave gift checks to Jay appeared like she was conspiring with others. Jay figured she and possibly Market Basket employee's or the people Jay spoke about involved with the open Civil Case in March 17, 2007. Were trying to fabricate a crime and use that to cover up Demoulas Super Markets, Inc. and others responsibility for the vicious poisoning that almost killed Jay Patrick Mellen.

11

33. This next event went like this. Burlington Market Basket had a shelf that sold prepared sandwiches. Like egg salad, chicken salad, and items like that. Jay was very concern to purchase food like that. But since Jay was not attending the Market Basket store daily and buying same food. Jay being hungry and you have to eat you buy food. But this last event as Jay is at shelf with sandwiches deciding what Jay wanted to buy. Employee that appeared to be a long time employee possible a manager of a section of store. Comes to area Jay is at and make a statement like he new Jay was poisoned and was going to file a Civil Suit against Demoulas Super Market, Inc. and others. Jay ignored him picked out his food. Went to cashier and paid for food and left Market Basket store.

34. On this last event Jay believes it was with last gift check Jay had of second set. Besides the point that Market Basket's cashiers stopped forcing Jay to get another check for change. Like store in Lowell force Jay to do because cashier stated, "It is policy of Market Basket". But on this last check Jay picks out his food go to cash register to purchase items. But know we have a outside party that appeared to be acting in bad faith and getting right in line with Jay. Line were you go to pay for less than 10 or so items. But once Jay was in line either directly behind or two persons behind. Lady started a big issue with cashier about some coupon that was out of date. Lady would not understand what cashier told her about being out of date. Lady then started to act with a loud attitude saying she want a manager. Procedures of line stopped and Jay had to wait behind this questionable customer. Of course Market Basket has store surveillance documenting all events in store. But as manager was called to come to cash register. Jay could tell manager was aware of this ladies act. Man manager did not want to get involved. Like he knew she was a outside party acting because Jay was in line behind her. Manager came over told lady the same thing about coupon it was out of date. She still acted with loudness and manager just gave her the coupon privileges. But just like Jay's gift checks this ladies coupon special will be on records of Market Basket in Burlington.

35. After all these events after March 17, 2007 Jay said to himself, "These employee's of Demoulas Super Market Inc. subsidiary Market Basket in Lowell and in Burlington are still acting in bad faith with deceptive practice". Jay then decided he would not purchase food from Demoulous Super Markets, Inc. subsidiaries ever again and Jay never went back to Market Basket or Demoulous stores.

36. All these events took place after poisoning on March 17, 2007. Which clearly shows Author Demoulas the person clearly in charge of Demoulas Super Markets, Inc. and subsidiaries Market Basket and Valley Properties, Inc. never took step to correct intentional deceptive outrageous conduct plaguing Market Basket. Author Demoulas has continued to act with gross negligent conduct supervising his corporations.

37. Fact, If Jay Patrick Mellen life was taken. You can be sure it would have been considered not murder but a natural cause. That would mean that there would be same activity going on by employee's of both Demoulas Super Markets, Inc. and Valley Properties Inc. and more people would have been poisoned for sure. People would have been murdered just like the plan for Jay to be murdered. These acts are no different than any poisoner. Once a poisoner get away with poisoning specially to the level of murder. They will never stop and will continue their disgraceful degrading activity. Which degrades every corporation in food business and actually degrades America.

38. The activity after the fact clearly shows all parties involvement with this deceptive practice and outrageous activity for a grocery store of America. Not once has Author T. Demoulas, Demoulas Super Markets, Inc., Market Basket and Valley Properties Inc. taken step to correct the intentional deceptive outrageous conduct. This activity is so outrageous the parties from other Civil Case open on March 17, 2007 Jay pointed out. Could be connected to Author Demoulas and Demoulas Super Market, Inc. and Subsidiaries and Valley Properties Inc.. Just might have

13

been involved with murdering Jay's mother by another act of poisoning and even murdering Jay's grandmother at age of 89 years old in Lowell Massachusetts.

39. Like Jay has stated, Once you become a poisoner and get away with it. You will not stop until you are stopped. Jay references to the recent poisoner in our hospitals. Her name was Christian Gilbert, This lady was a nurse at veteran hospital. Gilbert murdered many veterans at many different ages mostly older people. By using a poison that target your heart. Gilbert killed honorable people that fought for our freedom. These people lost their life to another poisoner. But like stated above, Gilbert did not stop after killing the first person. She continued killing until it became so obvious there was something seriously wrong at hospital. Do not think the same thing would not have happened at Author Demoulas corporations if Jay Patrick Mellen life was taken. Without Jay Patrick Mellen filing this Complaint and bring attention to the attempted murder and poisoning by Demoulas Super Markers, Inc. subsidiary Market Basket and Valley Properties Inc.

40. Fact that the issue is not about the food. It is about the activity of the corporations and employees of the corporations. The standard of American grocery stores is what should be clearly looked at. In Jay Patrick Mellen experiences as a child and adult shopping for your children. American grocery stores was the last place Jay would think intentional outrageous activity of poisoning American citizen would take place. Demoulas Super Markets, Inc., Market Basket, Valley Properties, Inc., Author T. Demoulas, Kevin Doe, Manager Doe conduct before and after the fact proved they acted with deceptive practice. By gross negligent conduct, deceptive practice and coercion to threat and intimidate Jay Patrick Mellen. They have deprived Jay's Live and Liberties and pursuit of Happiness. All defending parties involved have gone way below the standards of American grocery stores and standard of renting commercial real estate. Possible have but a chain of events in place that the public will never be safe purchasing food from American grocery stores.

41. Demoulas Super Markets, Inc., Market Basket, Valley Properties, Inc., Author T. Demoulas, Kevin Doe, Manager Doe conduct and deceptive practice and acts and intentional outrageous gross negligence. Has caused the severe injuries and attempted murder to Jay Patrick Mellen. Demoulas Super Markets, Inc., Market Basket, Valley Properties, Inc., Author T. Demoulas, Kevin Doe, Manager Doe have caused Jay Patrick Mellen deprivation of Rights in which Jay exercises on this Complaint. These violation has caused Jay Patrick Mellen injuries and suffering like stated in complaint. Demoulas Super Markets, Inc., Market Basket, Valley Properties, Inc., Author T. Demoulas, Kevin Doe, Manager Doe by their illegal acts, deceptive practice or gross negligent conduct are responsible for the injuries and suffering to Jay Patrick Mellen from food purchased at Market basket on March 17, 2007. Also for deceptive activity after March 17, 2007.

**CONCLUSION**

42. The United States Congress and Legislators of Massachusetts put these Constitutional Rights, Statutes and Laws in place for citizen to excise when they are needed. The subject matter of this Complaint fit into what U.S. Congress and Massachusetts Legislators meant. Jay alleges Demoulas Super Markets, Inc., Market Basket, Valley Properties, Inc., Author T. Demoulas, Kevin Doe, Manager Doe illegal acts, deceptive practice or gross negligent conduct injured Jay Patrick Mellen or violated the Laws, Statutes and Constitutional Rights of Jay Patrick Mellen that Jay exercises on this Complaint. On this Complaint we could discuss and make the subject every act of poisoning and every poison used and way it is used and who it was used on and why. The subject of this Complaint is that a American Citizen walked into American Corporation to purchase food. The American Corporation's conspired to Poison, Injure and try to Murder the Citizen.

43. **JURY DEMAND**

**PRAY FOR RELEIF**

44. Plaintiff Jay Patrick Mellen pray this Honorable Court will hold the Defendant's responsible for the amount stated under subdivision a, b, c, d, e, and f of this section:

a. Demoulas Super Markets, Inc., One Billion Dollars $1,000,000,000.00

b. Market Basket, Two Hundred Fifty Million Dollars $250,000,000.00

c. Valley Properties, Inc., Four Hundred Million Dollars $400,000,000.00

d. Author T. Demoulas, Two Hundred Ninety Million Dollars $290,000,000.00

e. Kevin Doe, Ten Million Dollars $10,000,000.00

f. Manager Doe, Fifty Million Dollars $50,000,000.00

Total of Relief: 2 Billion Dollars $2,000,000,000.00

Or whatever this Honorable Court think Just.

March 15, 2010
THRUTHFULLY YOUR

Signature: *Jay P. Mellen*
JAY PATRICK MELLEN
PO BOX 51700 BOSTON MA. 02205
Date: *March 15, 2010*

NOTE: COMPLAINT MELLEN Vs. DEMOULAS SUPER MARKETS, INC. et, al. US DISTRICT COURT OF MASSACHUSETTS