```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS


JAY PATRICK MELLEN                  )
                                    )
     Plaintiff,                     )
                                    )     CIVIL ACTION NO.
v.                                  )     10-10439-DPW
                                    )
DEMOULAS SUPER MARKETS, INC.        )
MARKET BASKET,                      )
VALLEY PROPERTIES, INC., AUTHOR     )
T. DEMOULAS, KEVIN DOE,             )
MANAGER DOE                         )
                                    )
     Defendants.                    )
```

MEMORANDUM AND ORDER
October 22, 2010

The pro se Plaintiff in this action accuses private party defendants of misconduct in the form of threats to his person. There is no plausible federal claim. The defendants have moved to dismiss on grounds of lack of subject matter jurisdiction; I will GRANT those motions.

I have carefully reviewed the Plaintiff's various submissions to see if some viable federal theory of jurisdiction can be discerned. In addition, I have held a hearing in which I afforded the Plaintiff the opportunity to articulate a federal theory verbally.

There is no diversity of citizenship. Moreover, potential heads of federal question jurisdictions are inapplicable. The

1

defendants are private actors not within the scope of 42 U.S.C § 1983.  The Plaintiff does not assert any cognizable class based discriminatory animus as is required by 42 U.S.C. § 1985(3).  While the Plaintiff does conclusorily assert that he was involved in pending litigation in this court and that the defendants somehow conspired to interfere with his conduct of that litigation by seeking to do him harm, there is no adequate allegation of a connection between the pending litigation and the wrongdoing alleged to have been undertaken by the defendants.

In short, while Plaintiff may have alleged state law causes of action, there is no basis for federal jurisdiction.  Accordingly, I will ALLOW the various Defendants' motions to dismiss for lack of subject matter jurisdiction, without addressing the additional - apparently meritorious - technical grounds for dismissal.  The Clerk is directed to enter a judgment of DISMISSAL accordingly.

*/s/ Douglas P. Woodlock*
DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE